DANIEL G. WALKER V. D. B. MCMAHN ET AL.

FILED DECEMBER 6, 1905.  No. 14,331.

ERROR to the district court for Lancaster county: ED-
WARD P. HOLMES, JUDGE.  *Reversed.*

*M. F. Harrington, H. Halderson* and *A. M. Post,* for
plaintiff in error.

*Norris Brown, Attorney General, William T. Thompson,
L. R. Latham, Halleck F. Rose* and *H. C. Vail, contra.*

AMES, C.

The record and proceedings in this case are, with the ex-
ception of the persons who are parties to it, in all respects
identical with those in *Munk v. Frink, ante,* p. 172, argued
and submitted at the same time, and, for the reasons there
stated, it is recommended that the judgment of the dis-
trict court be reversed and the cause remanded for further
proceedings in accordance with law.

LETTON and OLDHAM, CC., concur.

By the Court: For the reasons stated in the foregoing
opinion, it is ordered that the judgment of the district
court be reversed and the cause remanded for further pro-
ceedings in accordance with law.

REVERSED.